In The United States District Court For The Middle District of North Carolina

FILED JAN 1 3 2009 IN THIS OFFICE Clerk, U.S. District Court Greensboro, N.C. By ........

United States of America,

Plaintiff – Respondent,

-Vs-

Pete Smith

Defendent – Petitioner

Case No. 2:93 CR-117-1

# Ex Parte Petition for Modification of Supervised Release

Comes Now, Pete Smith, defendant-petitioner, filing Pro se, with petition for modification of supervised release pursuant to title 18, §3583 (e)(1) of the United States codes.

(United States V. Barres, 361 f. 3d. 666. 2nd cir.)

# Statement of the Facts

Pete Smith was arrested April 15, 1993, and sentenced October 29, 1993 to 168 months at federal penitentiary. To follow his incarceration the district court imposed a term of (5) five years supervised release.

Pete Smith was released from prison November 3rd, 2005 and had two federal probation officers and have no violations.

The defendant-petitioner, hereby submits the following information for modification of supervised release to wit:

# Mitigating Information

Whereas the defendant-petitioner Pete Smith,

**#1 -** Employed by Waste Industries as a truck driver since his release from prison, November 3, 2005

**#2 -** Defendant has grossed $41,000.00 a year and purchased a home and is also a taxpayer.

**#3 -** Defendant has (3) three trade degrees:
- (a) C.D.L license B.A. and Passenger license.
- (b) Small business degree.
- (c) and Paralegal license.

**#4 -** The defendant appreciates the courts decision for incarceration that has helped him take life more serious

Therefore, Pete Smith request this Court take into consideration the above mentioned information and terminate of supervised release before expiration.

On this 8th day of January 2009

Respectfully,

Pete Smith

Pete Smith
defendant / Petitioner

# Certificate of Service

I, Pete Smith, swear under penalty of Purjury. I send the following parties a copy of this motion

3 Copies to:

U.S. Federal Court House
Clerk of Court
201 S. Eugene Street
Greensboro, N.C. 27402

U.S. Attorney Office
P.O. Box 1858
Greensboro, N.C. 27402

Prior Probation Officer
Jesse Reeves, Jr.
2330 Broad Street
Durham, N.C. 27704

Present Probation Officer
Scott Plaster
310 Newbern Ave. Rm. 610
Raleigh, N.C. 27610

On this 8th day of January 2009

28@ 1746

Pete Smith