Pete Smith
3204 Winfield Ct.
Raleigh, N.C. 27616

RECEIVED
In This Office
JAN 13 2009
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.

U.S. Federal Court House
Middle District
Greensboro, N.C. 27402

MARKET ST.

RALEIGH NC 275
THU 08 JAN 2009 PM

USA FIRST-CLASS FOREVER