\\gbosrv1\scanning_queues\Kim Garrett\06-93pet.pdfPROB 19
Rev. 8/2000, NCMD

# United States District Court
# Middle District of North Carolina

USA V. PETE SMITH  Docket No. 2:93CR117-1

TO:[1] The United States Marshal for the Middle District of North Carolina or any other authorized officer.

| WARRANT FOR ARREST OF SUPERVISED RELEASE VIOLATOR | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named violator and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF VIOLATOR: PETE SMITH | SEX<br>M | RACE<br>B | AGE<br>40 |
| ADDRESS (STREET, CITY, STATE): | | | |
| SUPERVISED RELEASE IMPOSED BY: MIDDLE DISTRICT OF NORTH CAROLINA | DATE IMPOSED:<br>11/4/2005 | | |
| TO BE BROUGHT BEFORE: MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO, NORTH CAROLINA | | | |
| CLERK:<br>JOHN S. BRUBAKER | BY (DEPUTY CLERK)<br>/s/ Sharon Lapira | DATE<br>5/13/2009 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Middle District of North Carolina;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."