In the United States Middle District of North Carolina

United States of America
vs.
Pete Smith

Case No: 93CR[117]-1

FILED
MAY 27 2009
In this office
Clerk U.S. District Court
Greensboro, N.C.

Federal Rules Criminal
Procedural 32.1 (a)(b)(1)

Now comes, Pete Smith, through pro-se request the court for a probation revocation hearing.

### brief history

Defendant was arrested 5-11-09 in Raleigh Wake County Jail. Being held on probable cause by the state Government.

Defendant federal probation officer Scott Plastic in Eastern district Phone (919) 861-0227. Defendant been in Jail since 5-11-09 and have not yet have his initial appearance hearing. (I was told I have a federal Detainer lodge)

Relief; defendant request a hearing immediate which in violation of his 14th and 5th Amendment of U/S Constitution.

### Certificate of service

I swear I send a copy to:
Eastern District
310 Newbern Avenue.
Raleigh, N/C 27601

28#1746

on this 26 day of May 2009

Pete Smith

Case 2:93-cr-00117-WO Document 219 Filed 05/27/09 Page 1 of 1