From: Pete smith #031613
Public Saftey center
P.O. Box 2419
Raleigh, NC 27602

To: Clerk of court
Federal Middle District
P.O. Box 2708
Greensboro, NC 27402

"legal mail"

MAILED FROM WAKE CO JAIL

RECEIVED IN THIS OFFICE
10:00 [illegible]
MAY 27 2009
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.