In the United States Middle District of North Carolina.

United States of America
Vs.
Pete Smith, Defendant

Case No: 93 CR-117-1

**FILED JUN -1 2009 IN THIS OFFICE CLERK U.S. DISTRICT COURT GREENSBORO, NC BY**

Motion
Remove Supervise Probation Due

## Good Faith

Now Comes, Pete Smith, through Pro-Se filing Petition request the Court terminal Supervise Probation.

## Brief history

Defendant had three year, and six Month of Clean good conduct with know violations. According defendant Motion he filed on about January 2009. Defendant was waiting on a respond from the Court, and U.S. Attorney Office, which U.S. Attorney Office never file back in a time matter, which would have terminate his Supervise Probation.

Defendant was arrested 5-11-09 on some Probable Cause and which violated his Supervise Probation. Defendant being denied due Process of the 14th 5th Amendment of U.S. Constitution. Policy on Supervise Probation one year clean Conduct you can file a Motion to terminate Probation, but Middle and Eastern district at lease two year then file a Motion to terminate Supervise Probation.

In Good faith defendant request the Court term. his Supervise Probation for not making a ruling in a time M. Which Satify due Process.

Relief, defendant prays that the Court give him due Process from Petition file January 2009 to terminate his Supervise Probation Pursuant to the 14th & 5th Amendment of U.S. Constitution.

### Certificate of Service

I Swear I send copy to following Parties:

two Copy
Clerk of Court
P.O. Box 2708
Greensboro, N.C. 27402

(due to in Jail, request the Clerk Send Copy to U.S. Attorney)

On this 29 day of May 2009

*Pete Smith*
Pete Smith