Peta Smith #031613
Public Safety Center
P.O. Box 2419
Raleigh, NC 27602



To: Clerk of Court
Federal Middle District
of North Carolina
P.O. Box 2708
Greensboro, N.C. 27402

MAILED FROM WAKE CO JAIL

RECEIVED
In This Office
JUN 0 1 2009
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.