In the United States District Court for the
Middle District of North Carolina

United States of American
vs.
Pete Smith

Case No: 2:93CR-117-

**FILED JUN 2 3 2009**

Motion modification
18 § 3582 (C)(2)
<u>Retroactive crack cocaine Amendment</u>

Now comes, Pete Smith, through pro-se filing 18 § 3582(C)(2) modification pursuant to Retroactive crack cocaine new Amendment.

<u>Brief history</u>

Petitioner was charged with 267 grams of crack cocaine to 168 months sentence on October 29, 1993, and term of (5) years of supervise probation which Petitioner request the court appoint counsel and it will make a different in his sentence and supervise probation.

"<u>Relief</u>," Petitioner prays the court restence by terminate supervise probation on the Retroactive Crack cocaine new Amendment and grant Petitioner Counsel pursuant to the 14th, 5th & 6th Amendment of U.S. Constitution.

<u>Certificate of Service</u>

I swear under penalty of perjury I send copy to:
U.S. Attorney
P.O. Box 1856
Greensboro, NC 27402

on this 22 day of June 2009

Pete Smith

In the United States District Court for
the Middle District of North Carolina

United States of American
vs.
Pete Smith

Case No: 2:93 CR-117-1

## Motion for Counsel
### Pursuant Retroactive crack cocaine Amendment

Now comes, Pete Smith, through pro-se request the appoint Petitioner attorney from the public defender officer pursuant to the New Amendment Retroactive crack cocaine Amendment.

Relief, Petitioner prays that the Court grant Petitioner counsel Attorney pursuant to the new Retroactive crack cocaine Amendment.

### Certificate of service

I swear under penalty of perjury I send copy to:

U.S. Attorney office
P.O. Box 1856
Greensboro, N.C. 27402

On this 22 day of June 2009

Pete Smith # 15020-057

Please send me the ~~p~~ Phone & Address of the federal public defender of lawyer

Thank you

P.S. Please send me my Docket sheet of the last three pages

Thanks