From: Pete Smith #15020-057
125 Court Street
Hillsborough, N.C. 27278

To: Clerk of Court

RE: 93-CR-117-1

## Motion of a Letter

Dear Court

Reference I have a pending Motion before the court that was filed January 13, 2009, to terminate Early Supervise probation.

Which the motion I filed 18 U.S.C § 3583(e)(1), Supplement Amendment 706 under 1B1.10 Application note "B" States: Modification Relating to Early Termination.

Its a Meritorious crack cocaine 33:1 Ratio, which would have terminate my supervise probation before, supervise probation violations.

Therefore, defendant request a ruling before his Revocation hearing.

### Certificate of Service

I swear under penalty of purjery I send copies to:

Attorney
George E. Crump III
801 E. Broad Ave.
Rockingham, N.C. 28380

District Attorney
P.O. Box 1858
Greensboro, N.C. 27402

on this 9 day of December 2009

Pete Smith