IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| V. | : | 2:93CR117-1 |
| PETE NOBLE MUHAMMAD | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Pete Noble Muhammad, defendant in the above named case, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and commitment on revocation of supervised release by the Honorable William L. Osteen, Jr. entered in this case on the 22nd day of January, 2010.

Respectfully submitted this the 27th day of January, 2010.

/s/ GEORGE E. CRUMP, III
Attorney at Law   N.C.S.B. # 7676
PO Box 1523
Rockingham, NC 28380
(910)997-5544
Attorney for the Defendant
E-mail: georgecrump@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Robert M. Hamilton
        Assistant United States Attorney
        United States Attorney's Office
        101 S. Edgeworth Street
        Greensboro, NC 27401

Respectfully submitted, January 27, 2010.

        /s/ GEORGE E. CRUMP, III
        Attorney at Law N.C.S.B. #7676
        PO Box 1523
        Rockingham, NC 28380
        910)997-5544
        Attorney for the Defendant
        E-mail: georgecrump@bellsouth.net